UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AUTOMOTIVE PROFIT BUILDERS, INC.,

    Plaintiff,

vs.

AUTOMOTIVE PROFIT BUILDERS, INC.,
and PHILLIP P. WILLIAMS, d/b/a
AUTOMOTIVE PROFIT BUILDERS and/or APB

    Defendants.

Civil Action No.:

**04 - 10790 GAO**

## MOTION FOR SHORT ORDER OF NOTICE

The plaintiff, Automotive Profit Builders, Inc. hereby moves that this Court issue a short order of notice for a hearing on Plaintiff's Motion for Preliminary Injunction at the Court's earliest convenience.

AUTOMOTIVE PROFIT BUILDERS, INC.,

By Its Attorneys,

DAVIDS & SCHLESINGER, LLP

_____
Ronald M. Davids
Amy J. Vesely
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO # 115110
BBO # 548204

Dated: 4-20-04