UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUTOMOTIVE PROFIT BUILDERS, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>AUTOMOTIVE PROFIT BUILDERS, INC.,<br>and PHILLIP P. WILLIAMS, d/b/a<br>AUTOMOTIVE PROFIT BUILDERS and/or APB<br><br>   Defendants. | Civil Action No.: 04-10790GAO |

## **AGREEMENT FOR JUDGMENT**

The parties to the above action agree to allow Judgment to enter for the Plaintiff Automotive Profit Builders, Inc. (hereinafter "Plaintiff") and against the Defendants Phillip E. Williams (incorrectly identified in the Verified Complaint as Phillip P. Williams) d/b/a Automotive Profit Builders and/or APB (hereinafter collectively known as "Defendants") upon the terms set forth herein.

  1.  An Order shall enter (a proposed form of Order is attached) enjoining the Defendants from doing business as or advertising, marketing, distributing or providing services relating to, under or which use the trade names Automotive Profit Builders, Inc., Automotive Profit Builders and/or APB.

  2.  This Agreement for Judgment in no way is deemed a waiver by the Plaintiff to file a future action seeking to enforce the Order of the Court and/or any damages in connection therewith.

3.    The Defendants waive all rights of appeal.

AUTOMOTIVE PROFIT BUILDERS, INC.,

By Its Attorneys,

DAVIDS & SCHLESINGER, LLP

Ronald M. Davids
Amy J. Vesely
40 Washington Street – Suite 250
Wellesley, MA  02481
(781) 416-5055
BBO # 115110
BBO # 548204

Dated: **5·24·04**

PHILLIP E. WILLIAMS, INCORRECTLY
IDENTIFIED AS PHILLIP P. WILLIAMS IN THE
COMPLAINT

Phillip E. Williams
2533 Grassy Point Drive, Apt. 105
Lake Mary, Florida 32746
(407) 322-5404

Dated: **5-21-04**

AUTOMOTIVE PROFIT BUILDERS, INC.,

Phillip E. Williams
President
2533 Grassy Point Drive, Apt. 105
Lake Mary, Florida 32746
(407) 322-5404

Dated: **5-21-04**