UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUTOMOTIVE PROFIT BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUTOMOTIVE PROFIT BUILDERS, INC., and PHILLIP P. WILLIAMS, d/b/a AUTOMOTIVE PROFIT BUILDERS and/or APB <br><br> Defendants. | Civil Action No.: 04-10790GAO |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED by the Court (O'Toole, Hon. George A.) that Judgment enter for the Plaintiff, Automotive Profit Builders, Inc. and against the Defendants, Automotive Profit Builders, Inc. and Phillip E. Williams, incorrectly identified in the Complaint as Phillip P. Williams on all counts of the Plaintiff's Complaint. Further, it is hereby Ordered that the Defendants named above be permanently enjoined from doing business as or advertising, marketing, distributing or providing services relating to, under or which use the trade names Automotive Profit Builders, Inc., Automotive Profit Builders and/or APB.

Paul S. Lyness - Deputy Clerk
BY THE COURT
HONORABLE GEORGE A. O'TOOLE

Dated: 5/28/04