AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Automotive Profit Builders, Inc().

V.

Automotive Profit Builders, Inc.
and Phillip P. Williams

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 - 10790 GAO

TO: (Name and address of Defendant)

Phillip P. Williams
d/b/a Automotive Profit Builders, Inc.
2533 Grassy Point Drive
Lake Mary, Florida 32746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy J. Vesely
Davids & Schlesinger
40 Washington Street, Suite 250
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



4-20-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]
DATE: 19 May 04

NAME OF SERVER (PRINT): ROY J PIERCE
TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: PHILLIP WILLIAMS AT 770 OAKLAND HILLS CR Apt #208

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 101 m $0.50 | $22.50 | $278.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 19 May 04
Date

Signature of Server

Address of Server: 1701 Aeck St Tampa FL 33602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.