AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Automotive Profit Builders, Inc.

V.

Automotive Profit Builders, Inc.
and Phillip P. Williams

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-10790 GAO

TO: (Name and address of Defendant)

Automotive Profit Builders, Inc.
2533 Grassy Point Drive
Lake Mary, Florida, 32746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy J. Vesely
Davids & Schlesinger
40 Washington Street, Suite 250
Wellesley, MA 02481

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS  4-20-04
_____                                         _____
CLERK                                                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 19 MAY 04 |
| NAME OF SERVER (PRINT) ROY J PIERCE | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 770 OAKLAND HILLS CR
PHILLIP WILLIAMS DIRECTOR OF AUTOMOTIVE PROFFT BUILDERS INC #208

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 102 m $.51 | SERVICES 227.50 | TOTAL 278.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 19 may 04
_Date_      _Signature of Server_

1701 ARCH ST TAMPA FL 33602
_Address of Server_

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.